AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ner, Robert G. | Central California | 07/19/2002 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| District Court Judge Nominee | X Nomination, Date 07/18/2002<br><br>___ Initial ___ Annual ___ Final | 01/01/2002 to 07/19/2002 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 111 N. Hill St. Room 533 S<br><br>Los Angeles, Ca. 90012 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] NONE (No reportable agreements.) | |
| 1 2002 | California's Judges' Retirment |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | [ ] NONE | (No reportable non-investment income.) | |
| 1 | 2000 | State of California Judicial Income | 129,892 |
| 2 | 2000 | Rutter Group | 500 |
| 3 | 2001 | State of California Judicial Income | 145,640 |
| 4 | 2002 | State of Clifornia Judicial Income | 81,444 |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| **FINANCIAL DISCLOSURE REPORT** | Klausner, Robert G. | 07/19/2002 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| NONE | SOURCE (No such reportable reimbursements.) | DESCRIPTION |
|---|---|---|
| 1 | | EXEMPT |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS
*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| NONE | SOURCE (No such reportable gifts.) | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | | EXEMPT | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES
*(Includes those of spouse and dependent children. See pp. 33-35 of Instructions.)*

| NONE [X] | CREDITOR (No reportable liabilities.) | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VALUE CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Klausner, Robert G. | 07/19/2002 |

## VII. Page 1 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 American Mutual Fund | B | Dividend | L | T | EXEMPT | | | | |
| 2 AT&T Common Stock | A | Dividend | J | T | EXEMPT | | | | |
| 3 Bank of America Common Stock | A | Dividend | K | T | EXEMPT | | | | |
| 4 Europacific Growth Fund | B | Dividend | K | T | EXEMPT | | | | |
| 5 Exxon Common Stock | A | Dividend | J | T | EXEMPT | | | | |
| 6 Lucent Common Stock | A | Dividend | J | T | EXEMPT | | | | |
| 7 PG&E Common Stock | A | Dividend | K | T | EXEMPT | | | | |
| 8 SBC Common Stock | A | Dividend | J | T | EXEMPT | | | | |
| 9 Growth Fund of America Fund | A | Dividend | K | T | EXEMPT | | | | |
| 10 Vodafone Group Common Stock | A | Dividend | J | T | EXEMPT | | | | |
| 11 Small Cap World Fund | A | Dividend | K | T | EXEMPT | | | | |
| 12 Bank of America Account | A | Interest | J | T | EXEMPT | | | | |
| 13 Fed.Courts and Records Credit Union Account | A | Interest | K | T | EXEMPT | | | | |
| 14 Charles Schwab Account | A | Dividend | J | T | EXEMPT | | | | |
| 15 First Clearing Corporation Account | A | Dividend | J | T | EXEMPT | | | | |
| 16 Jackson National Life Ins. | B | Interest | K | T | EXEMPT | | | | |
| 17 Freeport McMoran Common Stock | A | Dividend | J | T | EXEMPT | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS— income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g, buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  IMC Global Inc. Common Stock | A | Dividend | J | T | EXEMPT | | | | |
| 19  Coca Cola Common Stock | A | Dividend | J | T | EXEMPT | | | | |
| 20  Accesspoint Co, Common Stock | | | J | T | EXEMPT | | | | |
| 21  Caterpillar Inc. Common Stock | A | Dividend | J | T | EXEMPT | | | | |
| 22  Eagle Wireless Common Stock | | | J | T | EXEMPT | | | | |
| 23  Goodyear Common Stock | A | Dividend | J | T | EXEMPT | | | | |
| 24  Health Management Assoc. Common Stock | A | Dividend | J | T | EXEMPT | | | | |
| 25  Microsoft Common Stock | A | Dividend | J | T | EXEMPT | | | | |
| 26  Tracy Area Public Facilities Bond | B | Dividend | K | T | EXEMPT | | | | |
| 27  Scudder Cal.Tax Free Bond | B | Dividend | K | T | EXEMPT | | | | |
| 28  American High-Income Muni, Bond Fund | B | Dividend | K | T | EXEMPT | | | | |
| 29  Bond Fund of America | A | Dividend | J | T | EXEMPT | | | | |
| 30  Edison International Common Stock | | | K | T | EXEMPT | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 64 | 514 | - | Notes payable to banks-secured | --- | --- | - |
| U.S. Government securities-add schedule | --- | --- | - | Notes payable to banks-unsecured | --- | --- | - |
| Listed securities-add schedule | 486 | 376 | - | Notes payable to relatives | --- | --- | - |
| Unlisted securities--add schedule | --- | --- | - | Notes payable to others | --- | --- | - |
| Accounts and notes receivable: | --- | --- | - | Accounts and bills due | --- | --- | - |
| Due from relatives and friends | --- | --- | - | Unpaid income tax | --- | --- | - |
| Due from others | --- | --- | - | Other unpaid income and interest | --- | --- | - |
| Doubtful | --- | --- | - | Real estate mortgages payable-add schedule  - Lender is GMAC | 85 | 012 | - |
| Real estate owned-add schedule Home Residence (estimated) | 750 | 000 | - | Chattel mortgages and other liens payable | --- | --- | - |
| Real estate mortgages receivable | --- | --- | - | Other debts-itemize: | --- | --- | - |
| Autos and other personal property 3 Cars (estimate) | 35 | 000 | - | | | | |
| Cash value-life insurance | 24 | 616 | - | | | | |
| Other assets itemize:  401k Value | 319 | 407 | - | | | | |
| | | | - | | | | |
| | | | - | | | | |
| | | | - | Total liabilities | 85 | 012 | - |
| | | | - | Net Worth | 1594 | 901 | - |
| Total Assets | 1679 | 913 | - | Total liabilities and net worth | 1679 | 913 | - |
| CONTINGENT LIABILITIES | 000 | 000 | - | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | --- | --- | - | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | --- | --- | - | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | --- | --- | - | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | --- | --- | - | | | | |
| Other special debt | --- | --- | - | | | | |

| Listed Securites | Amount |
|---|---|
| Accesspoint Co, Common Stock | $400.00 |
| American High-Income Muni, Bond Fund | $42,844.00 |
| American Mutual Fund | $71,375.00 |
| AT&T Common Stock | $3,294.00 |
| Bank of America Common Stock | $30,452.00 |
| Bond Fund of America | $13,580.00 |
| Caterpillar Inc. Common Stock | $3,796.00 |
| Coca Cola Common Stock | $981.00 |
| Eagle Wireless Common Stock | $369.00 |
| Edison International Common Stock | $15,798.00 |
| Europacific Growth Fund | $42,323.00 |
| Exxon Common Stock | $10,099.00 |
| Freeport McMoran Common Stock | $3,770.00 |
| Goodyear Common Stock | $1,347.00 |
| Growth Fund of America | $56,224.00 |
| Health Management Assoc. Common Stock | $4,268.00 |
| IMC Global Inc, Common Stock | $390.00 |
| Lucent Common Stock | $3,977.00 |
| Microsoft Common Stock | $5,226.00 |
| PG&E Common Stock | $55,765.00 |
| SBC Common Stock | $15,902.00 |
| Scudder Cal. Tax Free Bond | $38,299.00 |
| Small Cap World Fund | $31,338.00 |
| Tracy Area Public Facilities Bond | $25,000.00 |
| Vodafone Group Common Stock | $9,559.00 |
| **Totals - Listed Securities** | **$486,376.00** |